# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff-Appellee,

v

DAVID EMMANUEL WILLIAMS,

    Defendant-Appellant.

UNPUBLISHED
June 26, 2018

No. 335387
Oakland Circuit Court
LC No. 2015-256304-FC

Before: MURPHY, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

JANSEN, J. (*concurring*)

    I concur in the result only.

                  /s/ Kathleen Jansen